■ CITY OF NEW YORK, Appellant, v CLERK OF THE FIRST DEPARTMENT OF THE APPELLATE DIVISION OF THE SUPREME

COURT OF THE STATE OF NEW YORK et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Eugene Nardelli, J.), entered on August 3, 1990, unanimously affirmed for the reasons stated by Eugene Nardelli, J., without costs. Concur—Milonas, J. P., Ellerin, Kupferman, Ross and Rubin, JJ.